## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

### SETTLEMENT CONFERENCE MINUTE ENTRY

| | |
|---|---|
| Terrance J. Thiel,<br><br>    Plaintiff,<br><br>v.<br><br>Envira Corporation,<br><br>    Defendant. | COURT MINUTES - CIVIL<br>BEFORE: Magistrate Judge Keyes<br><br>Case No:   08cv00230 MJD/JJK<br>Date:   October 9, 2009<br>CD #:   10-09-09 11:32-11:40<br>Location: Courtroom 6A/Conference Rooms<br>Time Commenced:   10:00 a.m.<br>Time Concluded:   1:00 p.m.<br>Time in Court: 3 Hours & 0 Minutes |

Hearing on:   **SETTLEMENT CONFERENCE**

APPEARANCES:

   Plaintiff:   Matthew M. Morgan, Nichols Kaster, PLLP
   Defendant: James F. Baldwin, Moss & Barnett, PA

PROCEEDINGS:        **X**   **CONFIDENTIAL**

   Evidence by        Plaintiff        Defendant              Other:
   Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
   Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
   Final pretrial conference held
   Appearances made on the record. Procedures to be followed for the settlement conference stated.  Conference continued off the record.
**X** Settlement reached. Terms stated on the record.
(This case should be dismissed pursuant to the settlement of record October 9, 2009.)
   No settlement reached.
   Status conference.
   Dates discussed for the progression of the case.
**X If any party requests a transcript of this settlement conference, it will be filed under seal.**

                                                        s/ Jackie Phipps
                                                        Jacqueline E. Phipps, Judicial Assistant