IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terrance J. Thiel,

        Plaintiff,

v.

Eniva Corporation,

        Defendant.

COURT FILE NO. 08-CV-230 (MJD/AJB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff's Complaint against Defendant may be dismissed with prejudice and without costs to any party.

**Stipulated by:**

Dated: February 3, 2010 ~~November ___, 2009~~

MOSS & BARNETT
A Professional Association

By _____
James F. Baldwin (No. 149263)

4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 877-5000
ATTORNEYS FOR ENIVA CORPORATION

NICHOLS KASTER, PLLP.

Dated: November 24, 2009

By _____
Steven A. Smith (No. 260836)
Mathew H. Morgan (No. 304657)
80 South Eighth Street 4600 IDS Center
Minneapolis, MN 55402
Telephone: (612) 356-3242
ATTORNEYS FOR TERRANCE THIEL

SCANNED
FEB 0 5 2010
U.S. DISTRICT COURT MPLS



## Moss & Barnett
A Professional Association

February 4, 2010

Clerk of Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:   Terrance J. Thiel v. Eniva Corporation
            Court File No. 08-cv-230 (MJD/AJB)
            Our File No.: 37964.48

Dear Clerk of Court,

Enclosed for filing please find the Stipulation for Dismissal with Prejudice.

Please feel free to contact me with any questions.

Very truly yours,

**Michael E. Gerould**
Attorney At Law
(612) 877-5268
GerouldM@moss-barnett.com

MEG/jrd
Enclosures
cc:     Counsel of Record
1547446v1